U.S. DISTRICT JUDGE BENJAMIN H. SETTLE
U.S. MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| PATRICK J. TORRES,<br><br>             Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>             Defendant. | Civil No.  3:10-CV-5654-BHS-KLS<br><br><br>ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSITUTION OF COUNSEL |

This matter came before the Court on the motion of Trent S.W. Crable to substitute Christopher Dellert as counsel of record for Plaintiff in place of Trent S.W. Crable in this matter pursuant to GR 2(g)(4)(A). The Court has considered the pleadings and papers filed in connection with said motion and all other matters properly before the Court. Therefore,

IT IS ORDERED that the Motion is GRANTED.

DATED this 4th day of February, 2010.

Karen L. Strombom
United States Magistrate Judge

Page 1        ORDER  10-CV-5654

1

2   Presented By:

3
    _/s/ Trent S.W. Crable_____
4   Trent S.W. Crable
    WSBA # 38227
5   PO Box 773
    Port Angeles, WA 98362
6
    Withdrawing Attorney for Plaintiff
7   Telephone: 206-450-3987
    trent.crable@gmail.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28